

ROBERT C. BRADY
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4617 Fax: (973) 639-8380
rbrady@gibbonslaw.com

March 19, 2014

**FILED & SERVED ELECTRONICALLY**

The Honorable William J. Martini, U.S.D.J.
Martin Luther King, Jr. Federal Building & United States Courthouse
50 Walnut Street, Courtroom 4B
Newark, New Jersey 07102

    Re:  Kaminski v. Bayview Capital Partners, LLP, et al.
           Case No. 2:13-cv-07892-WJM-MF

Dear Judge Martini:

This firm represents Defendants Motion Industries, Inc. and Motion Merger Sub, LLC in this matter. At this time, all parties have reached an agreement to settle this litigation, and are now in the process of collecting the signatures necessary to memorialize the same.

I write with the consent of all parties to respectfully request that the deadline for defendants to answer be extended by one week, to March 27, 2014, to allow time for all parties to sign the agreed-upon settlement papers, and for a stipulation of dismissal to be filed. Consistent with Your Honor's Judicial Preferences, I have prepared a proposed order which grants the relief requested in this letter.

Thank you for Your Honor's attention to this matter and for your courtesy.


Respectfully submitted,


s/ Robert C. Brady
Robert C. Brady
Director