UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DALE KAMINSKI,<br><br>  Plaintiff,<br><br>v.<br><br>BAYVIEW CAPITAL PARTNERS, LLP, TONKA BAY CO-INVESTMENT PARTNERS LLC, MOTION INDUSTRIES, INC., MOTION MERGER SUB, LLC, LINDQUIST & VENNUM LLP, ABC COMPANIES 1-100, and JOHN DOES 1-100,<br><br>  Defendants. | Case No. 2:13-cv-07892-WJM-MF<br><br>**[PROPOSED] ORDER EXTENDING ANSWER DEADLINE** |

**WHEREAS** Plaintiff Dale Kaminiski and Defendants Bayview Capital Partners, LLP, Tonka Bay Co-Investment Partners LLC, Motion Industries, Inc., Motion Merger Sub, LLC, and Lindquist & Vennum LLP (the "Parties") have reached an agreement to settle this litigation (the "Agreement"); and

**WHEREAS** the Parties are presently in the process of collecting the signatures necessary to memorialize the Agreement; and

**WHEREAS** the deadline for Defendants to file their answers ("Answer Deadline") is presently March 20, 2014; and

**WHEREAS** the Parties have all consented to a one-week extension of the Answer Deadline in order to memorialize the Agreement;

**WHEREAS** it otherwise appears that there is good cause to extend the Answer Deadline, and that granting such an extension will foster settlement and serve the interests of justice;

1

**IT IS** on this ___ day of _____, 2014,

**ORDERED** that:

1. The Parties' request to extend the Answer Deadline to March 27, 2014 is hereby **GRANTED**.

**IT IS SO ORDERED.**

_____
The Honorable William J. Martini, U.S.D.J.