Robert W. Mauriello, Jr. (RM-0850)
GRAHAM CURTIN
A Professional Association
Four Headquarters Plaza
P.O. Box 1991
Morristown, New Jersey 07962-1991
(973) 292-1700

Attorneys for Plaintiff
Dale Kaminski

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| DALE KAMINSKI,<br><br>Plaintiff,<br><br>v.<br><br>BAYVIEW CAPITAL PARTNERS, LLP, TONKA BAY CO-INVESTMENT PARTNERS LLC, MOTION INDUSTRIES, INC., MOTION MERGER SUB, LLC, LINDQUIST & VENNUM LLP, ABC COMPANIES 1-100, and JOHN DOES 1-100,<br><br>Defendants. | Case No.: 2:13-cv-07892-WJM-MF<br><br>Civil Action<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED by and between Graham

Curtin, P.A., attorneys for Plaintiff Dale Kaminski, and Gibbons, P.C., attorneys for

Defendants Motion Industries, Inc., and Motion Merger Sub, LLC, and Warren F. Clark,

Esq., attorney for Lindquist & Vennum LLP, Tonka Bay Co-Investment Partners LLC

and Bayview Capital Partners, LLP, that, in accordance with *Fed. R. Civ. P.*

41(a)(1)(A)(ii) and the confidential Letter Agreement between and among the parties, all

claims that are the subject of the mutual releases contained in Section 4(i) of the Letter

Agreement, including but not limited to those claims asserted in the Complaint, are

hereby dismissed with prejudice and without costs against any party.


By: _____

Robert W. Mauriello, Jr.
GRAHAM CURTIN, P.A.
4 Headquarters Plaza, P.O. Box 1991
Morristown, New Jersey 07962-1991
(973) 292-1700
Attorneys for Plaintiff
Dale Kaminski


Dated: March 25, 2014


By: _____

Robert C. Brady
GIBBONS, P.C.
One Gateway Center
Newark, NJ 07102-5310
(973) 596-4500
Attorneys for Defendants
Motion Industries, Inc., and
Motion Merger Sub, LLC


Dated: March ___, 2014


By: _____

Warren F. Clark, Esq.
79 Main Street
Suite 2
Hackensack, New Jersey 07601
(201) 342-1720
Attorneys for Defendants
Lindquist & Vennum LLP
Tonka Bay Co-Investment Partners LLC
Bayview Capital Partners, LLP


Dated: March ___, 2014


- 2 -

2045806.1

Agreement, including but not limited to those claims asserted in the Complaint, are hereby dismissed with prejudice and without costs against any party.


By:_____
    Robert W. Mauriello, Jr.
    GRAHAM CURTIN, P.A.
    4 Headquarters Plaza, P.O. Box 1991
    Morristown, New Jersey 07962-1991
    (973) 292-1700
    Attorneys for Plaintiff
    Dale Kaminski


    Dated: March ___, 2014


By:_____
    Robert C. Brady
    GIBBONS, P.C.
    One Gateway Center
    Newark, NJ 07102-5310
    (973) 596-4500
    Attorneys for Defendants
    Motion Industries, Inc., and
    Motion Merger Sub, LLC


    Dated: March 20, 2014


By:_____
    Warren F. Clark, Esq.
    79 Main Street
    Suite 2
    Hackensack, New Jersey 07601
    (201) 342-1720
    Attorneys for Defendants
    Lindquist & Vennum LLP
    Tonka Bay Co-Investment Partners LLC
    Bayview Capital Partners, LLP


    Dated: March ___, 2014


- 2 -

2045806.1

Agreement, including but not limited to those claims asserted in the Complaint, are hereby dismissed with prejudice and without costs against any party.

By: _____

    Robert W. Mauriello, Jr.
    GRAHAM CURTIN, P.A.
    4 Headquarters Plaza, P.O. Box 1991
    Morristown, New Jersey 07962-1991
    (973) 292-1700
    Attorneys for Plaintiff
    Dale Kaminski

Dated: March ___, 2014


By: _____

    Robert C. Brady
    GIBBONS, P.C.
    One Gateway Center
    Newark, NJ 07102-5310
    (973) 596-4500
    Attorneys for Defendants
    Motion Industries, Inc., and
    Motion Merger Sub, LLC

Dated: March ___, 2014


By: _____

    Warren F. Clark, Esq.
    79 Main Street
    Suite 2
    Hackensack, New Jersey 07601
    (201) 342-1720
    Attorneys for Defendants
    Lindquist & Vennum LLP
    Tonka Bay Co-Investment Partners LLC
    Bayview Capital Partners, LLP

Dated: March 24, 2014

- 2 -

2045806.1